AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Shawn Oaklief & Donna Ellar<br>*Plaintiff(s)*<br>v.<br>Jessie Thomas & Emily Thomas<br>*Defendant(s)* | ) | Civil Action No. CV-22-1887-PHX-SPL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jessie Thomas & ~~Emily Thomas~~ DE
2519 E. Diamond Avenue
Mesa,AZ 85204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn Oaklief & Donna Ellar
4437 E. Catalina Avenue
Mesa Az 85206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jessie Thomas & Emily Thomas

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________

______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

❒ Other *(specify)*:

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________
*Server's signature*

______________
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Shawn Oaklief & Donna Ellar<br>*Plaintiff(s)*<br>v.<br>Jessie Thomas & Emily Thomas<br>*Defendant(s)* | ) | Civil Action No. CV-22-1887-PHX-SPL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JE Sr ~~Jessie Thomas~~ & Emily Thomas
2519 E. Diamond Avenue
Mesa,AZ 85204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shawn Oaklief & Donna Ellar
4437 E. Catalina Avenue
Mesa Az 85206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jessie Thomas & Emily Thomas
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________
____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

❒ Other *(specify)*:

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

____________
*Printed name and title*

____________
*Server's address*

Additional information regarding attempted service, etc: